# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129151
(64)

KENNETH A. PICKL, MARGO L. PICKL,
FREDERICK W. JACKSON, JR., and
PATRICIA JACKSON NUSBBAUM, as trustees
of the FREDERICK W. JACKSON TRUST, and
PATRICIA JACKSON NUSBAUM and
FREDERICK W. JACKSON, JR., as Personal
Representative of the Estate of VIRGINIA
JACKSON,
          Plaintiffs-Appellants,

v

                               SC: 129151
                               COA: 251496
                               Otsego CC: 96-006813-CK

GEORGE E. MICHAELS, JOSEPH N.
IMPASTATO, CHRISTINE E. MICHAELS,
MARIAN A. IMPASTATO, and GEORGE
E. MICHAELS, P.C.,
          Defendants-Appellees.

_____/

On order of the Court, the motion for reconsideration of this Court's order of December 15, 2005 is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

KELLY, J., would grant reconsideration and, on reconsideration, would remand this case to the trial court for it to rule on plaintiffs' fraud and breach of contract claims.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2006                                          _____
                                                     Clerk

l0221